ACCEPTED
03-15-00153-CR
6571463
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 5:05:15 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00153-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **FRANCES ANITA ROBINSON** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 5:05:15 PM
JEFFREY D. KYLE
Clerk

### STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellee was indicted by a grand jury on June 5, 2013 for the charge of Intoxication Manslaughter in CR2013-267. After Appellee's motion to suppress evidence was granted by the trial court on February 18, 2015, the State timely appealed pursuant to article 44.01 of the Code of Criminal Procedure, and a stay was granted by the Court of Appeals on March 20, 2015. The State timely filed its request for findings of fact and conclusions of law with the trial court on March 10, 2015. *See* Tex. R. Civ. P. 296. Out of an abundance of caution, the State timely filed its notice of past due findings of fact and conclusions of law on April 9, 2015, along with the State's proposed findings for the trial court. *See* Tex. R. Civ. P. 297. After the Court abated and remanded the case for entry of the trial court's findings,

1

the case was reinstated in the Court on July 20, 2015. The State's brief is currently due on August 19, 2015.

## II.

Assistant District Attorney Daniel Palmitier is handling the appeal for the State in this case. At the end of July, Mr. Palmitier had a trial involving attempted capital murder of a peace officer in CR2014-551. This is the third extension sought by Appellee. He prepared for trial the next week in CR2013-569, though that case was reset. Mr. Palmitier then handled CR2014-281, in which the defendant eventually pled guilty to the offense of Driving While Intoxicated – 3rd or More. This past week, he prepared for a jury trial in CR2014-149 and CR2014-204, cases involving burglary of a habitation and various thefts. Those cases were also reset. In addition, Mr. Palmitier has been working on the State's brief in cause number 03-14-00270-CV, which is currently due on September 7, 2015. In light of the foregoing, Mr. Palmitier has not yet had the opportunity to complete the State's brief in the instant cause, and the State respectfully requests an extension of 30 days to file its brief. This is the third extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until September 18, 2015, so that

Appellant's brief will fully, adequately and accurately present its case to the Honorable Court of Appeals. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for Appellant, the State of Texas, hereby certify that a true and correct copy of the above and foregoing *State's Third Motion to Extend Time to File Brief* was sent to Defendant/Appellee FRANCES ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
csullivan@lawcsullivan.com
308 Campbell Dr.
Canyon Lake, TX 78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 19th day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3